RTL REO LLC

602 JEFFERSON AVENUE - #3

BROOKLYN, NY 11221